IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE R. WEDEL,** ) | CV F 04-6211 AWI WMW HC |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS RE |
| ) | MOTION TO DISMISS |
| **PEOPLE OF THE STATE OF** ) | |
| **CALIFORNIA,** ) | |
| ) | [Doc. 12, 14] |
| **Respondent.** ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. Pending before the court is Respondent's motion to dismiss.

On July 17, 2006, the Magistrate Judge filed findings and recommendations that recommended Defendants' motion to dismiss be granted and this action be dismissed because the petition's claim has not been exhausted. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings

1  and recommendations were to be filed within thirty days.  No objections were filed.

2  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

3  conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708

4  F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the

5  findings and recommendations to be supported by the record and by proper analysis.

6  Based on the foregoing, it is HEREBY ORDERED  that:

7  1. The findings and recommendations issued by the Magistrate Judge on

8  July 17,  2006, are a adopted in full;

9  2. Respondent's motion to dismiss is GRANTED;

10  3. The Petition for Writ of Habeas Corpus is dismissed

11  3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this

12  case.

14  IT IS SO ORDERED.

15  **Dated:   January 21, 2007**           **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2